UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF JOHN KELLY,<br>Former Secretary of Homeland Security | Misc. No. 24-0084 (TNM) |

**RESPONSE TO COURT ORDER**

    Movant the United States of America respectfully submits this response to the Court's Minute Order of July 15, 2024, in which the Court directed the United States to inform the Court whether the subpoenaed party, the former Secretary of Homeland Security John Kelly, consents to transferring the United States' Motion to Quash and Motion for a Protective Order, ECF Nos. 1, 2 ("Motion"), to the issuing court, the Eastern District of New York. Government counsel discussed this matter with the former Secretary, who authorized the United States to advise the Court that he does not consent to the transfer of the Motion to the issuing court.

Dated: July 22, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

By:     */s/ Brian P. Hudak*
       BRIAN P. HUDAK
       Chief, Civil Division
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2549

ALEXANDRA MEGARIS
Special Assistant United States Attorney

*Attorneys for the United States of America*