AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| IN RE: SUBPOENA OF JOHN KELLY, | ) |
| Former Secretary of Homeland Security | ) Case No. Misc. No. 24-0084 (TNM) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Leticia and Yovany                                                                                                              .

Date:   07/24/2024

/s/ Dennis H. Hranitzky
*Attorney's signature*

Dennis H. Hranitzky - Bar ID: NY0117
*Printed name and bar number*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Pkwy, Ste. 430
Salt Lake City, UT 84121
*Address*

dennishranitzky@quinnemanuel.com
*E-mail address*

(801) 515-7300
*Telephone number*

(801) 515-7400
*FAX number*