AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| IN RE: SUBPOENA OF JOHN KELLY, | ) | | |
|---|---|---|---|
| | ) | | |
| | ) | Case No. | Misc. No. 24-0084 (TNM) |
| Former Secretary of Homeland Security | ) | | |
| | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Leticia and Yovany                                                                                      .

Date:     07/24/2024

/s/ Debra O'Gorman
*Attorney's signature*

Debra O'Gorman - Bar #: NY0499
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Address*

debraogorman@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*