UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

IN RE:

SUBPOENA OF JOHN KELLY, FORMER
SECRETARY OF HOMELAND
SECURITY

Case No. 1:24-mc-00084 (TNM)

## MOTION FOR EXTENSION OF TIME
## DUE TO COMPELLING CIRCUMSTANCES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs in *Leticia v. United States*, Civ. A. No. 22-7527 (E.D.N.Y.) (the "Underlying Action"), Leticia and Yovany ("Respondents"), respectfully move for an extension of time to respond to Defendant United States's (the "Government") Motion to Quash the Subpoena for the Deposition of Former Secretary of Homeland Security John Kelly and for a Protective Order (the "Motion to Quash"). *See* ECF Nos. 1, 2.  The current deadline for Respondents' response is July 25, 2024.  Plaintiffs request an extension of two weeks, with a new deadline of August 8, 2024.

The Government, on behalf of the subpoenaed party Former Secretary John Kelly, filed its Motion to Quash on July 12, 2024.  The subpoena was issued in the Underlying Action through which Respondents seek to depose Former Secretary Kelly.  On July 15, 2024, this Court entered a minute order requiring the Government to inform the Court by July 22, 2024 whether former Secretary Kelly consented to transfer of the Motion to Quash to the issuing court, the Eastern District of New York (the "Issuing Court").  On July 22, the Government filed its response to the Court's minute order, in which it informed the Court that former Secretary Kelly does not consent

to transfer of the Motion to Quash. *See* ECF 3. On July 23, 2024, this Court issued its Standing Order. *See* ECF 5.

Per Local Rule 7(b), the deadline for Respondents' response to the Motion to Quash is July 25, 2024. Neither party has previously requested an extension of time. Pursuant to the Court's Standing Order, ECF 5, a motion for an extension of time must be filed at least four business days prior to the first affected deadline, unless there are compelling circumstances warranting the granting of the motion.

Compelling circumstances exist here. First, from July 22, 2024, the date on which the Government filed its response indicating that former Secretary Kelly did not consent to transfer, to the July 25, 2024 deadline for Respondents' opposition, Respondents will have been afforded only three business days to file a motion for an extension of time—one day short of the four business days the standing order requires to file such motion. Respondents did not file anything with the Court in advance of the deadline for the Government to respond pursuant to the Court's minute order because Respondents wished to give the Government an opportunity to respond, particularly if former Secretary Kelly consented to the transfer.

Second, given that Respondents learned that former Secretary Kelly did not consent to transfer on July 22, 2024—three business days before Respondents' deadline to respond to the Government's Motion to Quash—Respondents have not had sufficient time to prepare a response, in part because they did not know which law would be applicable for purposes of their opposition.

//

//

//

//

Pursuant to Local Rule 7(m), the parties have conferred, and the Government has indicated it does not oppose this motion for extension of time.  Plaintiffs have agreed to a reciprocal extension of the Government's Reply.

As a result, Respondents move the Court to extend the deadline to file their opposition to Defendants' Motion to Quash by 14 days to August 8, 2024.

Dated: July 24, 2024

/s/ Dennis H. Hranitzky
Dennis H. Hranitzky NY0117
Debra L. O'Gorman NY0499
dennishranitzky@quinnemanuel.com
debraogorman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

*Attorneys for Respondents Leticia and Yovany*

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

IN RE:
SUBPOENA OF JOHN KELLY, FORMER
SECRETARY OF HOMELAND
SECURITY,

Case No.: 1:24-mc-00084 (TNM)

## [PROPOSED] ORDER

UPON CONSIDERATION of Respondents' Motion for Extension of Time Due to

Compelling Circumstances, and the entire record herein, it is hereby

ORDERED that Respondents' motion is GRANTED; and it is further

ORDERED that the deadline for Respondents' Response to the United States's Motion to

Quash is set for August 8, 2024.

SO ORDERED:

_____                          _____
Dated                                               The Honorable Trevor N. McFadden

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS**

- Brian P. Hudak, Chief, Civil Division, Department of Justice

- Kimberly A. Francis, Assistant United States Attorney, kimberly.francis@usdoj.gov

- Alexandra Megaris, Assistant United States Attorney, alexandra.megaris@usdoj.gov

- Dennis Hranitzky, Attorney for Plaintiffs, dennishranitzky@quinnemanuel.com

- Debra O'Gorman, Attorney for Plaintiffs, debraogorman@quinnemanuel.com

- Sydney Snower, Attorney for Plaintiffs, sydneysnower@quinnemanuel.com

- Jessica Hanson, Attorney for Plaintiffs, jessica.hanson@asylumadvocacy.org

- Zachary Manfredi, Attorney for Plaintiffs, zachary.manfredi@asylumnadvocacy.org.